1  BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, SBN 141996
   Amy Jo Bull, State Bar No. 135939
3  384 Embarcadero West, Suite 200
   Oakland California 94607
4  Telephone: (510) 268-6180
   Facsimile: (510) 268-6181
5
   Attorneys for Plaintiff
6  Nicole Strawn

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    NICOLE STRAWN                    )   CASE NO. 10-4015 PJH
12                                   )
         Plaintiff,                  )
13                                   )
    vs.                              )   **STATUS REPORT AND REQUEST**
14                                   )   **FOR CONTINUANCE OF CASE**
    SHENANDOAH CHARTERS, CLAY        )   **MANAGEMENT CONFERENCE**
15  COLLINS, TODD J. COLLINS, and    )
    DOES 1-10, *in personam*, and FV )
16  SHENANDOAH, and her engines, tackle, )
    apparel, etc., *in rem*,         )
17                                   )
         Defendants.                 )
18  _____  )

19      Plaintiff has been withholding service of the complaint in this matter while her

20  counsel negotiated with the maritime adjuster assigned to her claim in the hope that

21  the matter could be resolved informally.  However, Plaintiff learned on December 10,

22  2010, that her injuries are more serious than she thought, and that she will likely have

23  to undergo a second surgery.  Consequently, counsel for Plaintiff have advised the

24  adjuster that Plaintiff is not in a position to resolve her claim until her medical status is

25  better known (and stable), and that the summons and complaint will therefore have to

26  be served on the *in personam* defendants (SHENANDOAH CHARTERS, CLAY

27  COLLINS, TODD J. COLLINS) unless service can be accepted by the adjuster or

28  counsel.

1. On December 21, 2010, we were contacted by the firm of Gibson Robb & Lindh LLP in San Francisco and advised that they had been retained to represent the defendants in this matter.  We have therefore asked them if they will accept service, and have advised them that we must complete service by January 6, 2011.  Counsel indicated that they would recommend that they accept service, but that they would have to get clearance from their clients.

We intend to serve either the *in personam* defendants or their counsel prior to January 6, 2011, but a responsive pleading will not likely be filed until mid-to-late January at the earliest.  According to the Court's Order Setting Initial Case Management Conference filed November 15, 2010, however, an Initial Case Management Conference is set for January 13, 2011.

In order to allow the defendants to appear, and for the parties to meet and confer regarding initial disclosures, ADR and discovery in advance of the filing of the initial Case Management Conference Statement, Plaintiff respectfully requests that the Court continue the Initial Case Management Conference for approximately thirty (30) days.

Respectfully submitted.

DATED: December 27, 2010    BRODSKY  MICKLOW BULL & WEISS LLP

By:   /s/ Edward M. Bull III
Kurt Micklow
Edward M. Bull III
Amy Jo Bull

Attorneys for Plaintiff
NICOLE STRAWN



THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO FEBRUARY 17, 2011 AT 2:00 P.M.

12/28/10