| | |
|---|---|
| 1 | MARKER E. LOVELL, JR. (208659) |
| | CHELSEA D. YUAN (240559) |
| 2 | GIBSON ROBB & LINDH LLP |
| | 201 Mission Street, Suite 2700 |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 348-6000 |
| 4 | Facsimile: (415) 348-6001 |
| | Email: mlovell@gibsonrobb.com |
| 5 | cyuan@gibsonrobb.com |

Attorneys for Defendants
CLAY COLLINS AND TODD COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICOLE STRAWN | ) | Case No. CV-10-4015 PJH |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO EXTEND MEDIATION AND** |
| v. | ) | **DISCOVERY DEADLINES** |
| | ) | |
| SHENANDOAH CHARTERS, CLAY | ) | |
| COLLINS, TODD J. COLLINS, and DOES | ) | |
| 1-10, *in personam*, and FV | ) | |
| SHENANDOAH, and her engines, tackle, | ) | |
| apparel, etc., *in rem*, | ) | Complaint filed: September 8, 2010 |
| | ) | Trial Date: May 21, 2012 |
| Defendants. | ) | |

Defendants CLAY COLLINS and TODD COLLINS, by and through their counsel of record, Gibson Robb & Lindh LLP, and Plaintiff NICOLE STRAWN, by and through her counsel of record, Brodsky Micklow Bull & Weiss LLP, hereby enter into the below stipulation to continue the mediation and discovery deadlines in this matter.

This stipulation is made in consideration of the fact that the parties have been actively engaged in discovery including extensive written discovery, but need additional time to complete depositions. Counsel for both parties are working together to coordinate the depositions of Plaintiff and Defendants, which will likely require travel to Eureka and Redding, California. Until these depositions are complete, the parties will not have the foundational information

/ / /

1  necessary to fully evaluate the case for mediation.  The parties have agreed to mediate the case
2  with Chris Lavdiotis on January 12, 2012.
3       Based on the foregoing, the parties submit that there is good cause to continue the
4  mediation completion deadline and all discovery dates by at least 90 days.  This would move the
5  mediation completion date from October 18, 2011, to mid-January 2012.  This would move the
6  non-expert discovery cutoff from November 18, 2011, to mid-February 2012.  This would move
7  the date to disclose experts (retained and non-retained) from November 18, 2011, to mid-
8  February 2012.  This would move the expert discovery cutoff deadline of January 11, 2012, to
9  early April 2012.  This would not affect the trial date of May 21, 2012.  The parties hereby
10 stipulate that the Court's Case Management and Pretrial Order may be amended as set forth
11 below.

13 Dated: November 2, 2011            BRODSKY MICKLOW BULL & WEISS LLP

15                                    By: S/ EDWARD M. BULL, III
                                           Edward M. Bull, III
16                                         Amy Jo Bull, Esq.
                                           Attorneys for Plaintiff
17                                         NICOLE STRAWN

19 Dated: November 2, 2011            GIBSON ROBB & LINDH LLP

21                                    By: S/ MARKER E. LOVELL, JR.
                                           Marker E. Lovell, Jr.
22                                         Attorneys for Defendants
                                           CLAY COLLINS AND TODD COLLINS

24                          **CERTIFICATE OF SIGNATURE**

25 I attest that the content of this document is acceptable to attorney, Edward M. Bull III, and that he
   authorized me to sign the document on his behalf.

# ORDER

**IT IS SO ORDERED.**

Based on the foregoing stipulation, the mediation completion date of October 18, 2011, is off calendar. The new mediation completion date is January 20, 2012.

The non-expert discovery cutoff date of November 18, 2011, is off calendar. The new non-expert discovery cutoff date is February 17, 2012.

The date to disclose experts (retained and non-retained) of November 18, 2011, is off calendar. The new date to disclose experts (retained and non-retained) is February 17, 2012.

The expert discovery cutoff deadline of January 11, 2012, is now off calendar. The new expert discovery cutoff deadline is April 6, 2012.

All other dates in the Court's Case Management and Pretrial Order dated May 2, 2011, remain unchanged.

Dated: __November 4__, 2011

_____
Hon. [signature]
IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Court
Northern District of California

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco by the law firm of GIBSON ROBB & LINDH LLP, 201 Mission Street, Suite 2700, San Francisco, California 94105.  I am over the age of 18 years and not a party to the within action.  I am readily familiar with the practice of GIBSON ROBB & LINDH LLP with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation.  The below-described document(s) will be deposited in the ordinary course of the business of GIBSON ROBB & LINDH LLP with the United States Postal Service on the same date as I sign this document.  On November 2, 2011, I served the within **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION AND DISCOVERY DEADLINES DEFENDANTS CLAY COLLINS AND TODD COLLINS TO PLAINTIFF'S COMPLAINT** in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid addressed as follows:

Amy Jo Bull, Esq.
BRODSKY MICKLOW BULL & WEISS LLP
384 Embarcadero West, Suite 200
Oakland, CA 94607

*Attorneys for Plaintiff*
**NICOLE STRAWN**

Following the ordinary business practices of GIBSON ROBB & LINDH LLP, I placed the aforesaid envelope in the place for collection and mailing on the date specified.

Pursuant to the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and

/ / /

1  reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources
2  Code.
3       I declare under penalty of perjury under the laws of the Unites States of America that the
4  foregoing is true and correct.
5       Executed on November 2, 2011, at San Francisco, California.

*/s/ T. Lianne Jitodai*
T. Lianne Jitodai