1  MARKER E. LOVELL, JR. (208659)
   CHELSEA D. YUAN  (240559)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001
   Email:  mlovell@gibsonrobb.com
5          cyuan@gibsonrobb.com

6  Attorneys for Defendants
   CLAY COLLINS AND TODD COLLINS
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 NICOLE STRAWN                    )   Case No.  CV-10-4015 PJH
                                    )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER TO EXTEND HEARING DATE
13         v.                       )   FOR MOTION FOR SUMMARY
                                    )   JUDGMENT
14 SHENANDOAH CHARTERS, CLAY        )
   COLLINS, TODD J. COLLINS, and DOES )
15 1-10, *in personam*, and FV      )
   SHENANDOAH, and her engines, tackle, )
16 apparel, etc., *in rem*,         )
                                    )   Complaint filed:   September 8, 2010
17              Defendants.         )   Trial Date:        May 21, 2012
                                    )

18

19      Defendants CLAY COLLINS and TODD COLLINS, by and through their counsel of

20 record, Gibson Robb & Lindh LLP, and Plaintiff NICOLE STRAWN, by and through her

21 counsel of record, Brodsky Micklow Bull & Weiss LLP, hereby enter into the below stipulation

22 to request the continuation of the date to hear the motion for summary judgment filed by the

23 Defendants, currently set for hearing on the last day to hear dispositive motions, January 18,

24 2012.

25      This stipulation is made in consideration of the fact that the parties are scheduled to

26 participate in a full day mediation with Chris Lavdiotis on January 12, 2012, and wish to avoid

27 the cost of the full briefing (and consultation with experts), the need to file opposition papers

28 between Christmas and New Years, and to avoid the burden on the Court in ruling on the motion

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT
Case No. CV-10-4015 PJH; Our File No. 8003.05

1  if the matter can be settled at the up-coming mediation. This would not affect the trial date of
2  May 21, 2012, or any other date set by the Court, and the request relates to the pending motion
3  only.
4      Based on the foregoing, the parties submit that there is good cause to continue the hearing
5  date on the Defendants' pending motion for summary judgment to a date after February 16, 2012,
6  which would result in Plaintiff having at least two weeks following the mediation to file her
7  opposition.

9  Dated: December 19, 2011        BRODSKY MICKLOW BULL & WEISS LLP

11                                     By: S/ EDWARD M. BULL, III
12                                           Edward M. Bull, III
                                         Amy Jo Bull, Esq.
                                         Attorneys for Plaintiff
13                                           NICOLE STRAWN

15  Dated: December 19, 2011        GIBSON ROBB & LINDH LLP

17                                      By: S/ MARKER E. LOVELL, JR.
                                         Marker E. Lovell, Jr.
18                                           Attorneys for Defendants
19                                           CLAY COLLINS AND TODD COLLINS

20  **CERTIFICATE OF SIGNATURE**

21  I attest that the content of this document is acceptable to attorney, Edward M. Bull III, and that he authorized me to sign the document on his behalf.
22
23  _____

## ORDER

**IT IS SO ORDERED.**

Based on the foregoing stipulation, the hearing on Defendants' motion for summary judgment is continued from January 18, 2012, to February 15, 2012.

All other dates remain unchanged.

Dated: 12-27, 2011

*Saundra B. Armstrong for*
Hon. Phyllis J. Hamilton
United States District Judge