1  MARKER E. LOVELL, JR. (208659)
   CHELSEA D. YUAN  (240559)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone: (415) 348-6000
4  Facsimile:  (415) 348-6001
   Email:  mlovell@gibsonrobb.com
5          cyuan@gibsonrobb.com

6  Attorneys for Defendants
   CLAY COLLINS AND TODD COLLINS
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | NICOLE STRAWN                         ) Case No.  CV-10-4015 PJH
12 |                Plaintiff,             ) STIPULATION AND [PROPOSED]
   |                                       ) ORDER TO EXTEND HEARING DATE
13 |        v.                             ) FOR MOTION FOR SUMMARY
   |                                       ) JUDGMENT
14 | SHENANDOAH CHARTERS, CLAY             )
   | COLLINS, TODD J. COLLINS, and DOES    )
15 | 1-10, *in personam*, and FV           )
   | SHENANDOAH, and her engines, tackle,  )
16 | apparel, etc., *in rem*,              )
   |                                       ) Complaint filed:  September 8, 2010
17 |                Defendants.            ) Trial Date:       May 21, 2012

18

19       Defendants CLAY COLLINS and TODD COLLINS, by and through their counsel of

20 record, Gibson Robb & Lindh LLP, and Plaintiff NICOLE STRAWN, by and through her

21 counsel of record, Brodsky Micklow Bull & Weiss LLP, hereby enter into the below stipulation

22 to request the continuation of the date to hear the motion for summary judgment filed by the

23 Defendants, currently set for hearing on the last day to hear dispositive motions, January 18,

24 2012.

25       This stipulation is made in consideration of the fact that the parties are scheduled to

26 participate in a full day mediation with Chris Lavdiotis on January 12, 2012, and wish to avoid

27 the cost of the full briefing (and consultation with experts), the need to file opposition papers

28 between Christmas and New Years, and to avoid the burden on the Court in ruling on the motion

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT
Case No. CV-10-4015 PJH; Our File No. 8003.05

1  if the matter can be settled at the up-coming mediation. This would not affect the trial date of
2  May 21, 2012, or any other date set by the Court, and the request relates to the pending motion
3  only.
4      Based on the foregoing, the parties submit that there is good cause to continue the hearing
5  date on the Defendants' pending motion for summary judgment to a date after February 16, 2012,
6  which would result in Plaintiff having at least two weeks following the mediation to file her
7  opposition.
8
9  Dated: December 19, 2011        BRODSKY MICKLOW BULL & WEISS LLP
10
11          By: S/ EDWARD M. BULL, III
12             Edward M. Bull, III
           Amy Jo Bull, Esq.
           Attorneys for Plaintiff
13             NICOLE STRAWN
14
15  Dated: December 19, 2011        GIBSON ROBB & LINDH LLP
16
17          By: S/ MARKER E. LOVELL, JR.
18             Marker E. Lovell, Jr.
           Attorneys for Defendants
19             CLAY COLLINS AND TODD COLLINS

**CERTIFICATE OF SIGNATURE**

21  I attest that the content of this document is acceptable to attorney, Edward M. Bull III, and that he authorized me to sign the document on his behalf.
22
23  _____

## ORDER

**IT IS SO ORDERED.**

Based on the foregoing stipulation, the hearing on Defendants' motion for summary judgment is continued from January 18, 2012, to February 15, 2012.

All other dates remain unchanged.

Dated: 12-27 , 2011

Hon. Phyllis J. Hamilton
United States District Judge